

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00214-CR

Jose **HERNANDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR6911
Honorable Andrew Carruthers, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                 Karen Angelini, Justice
                 Sandee Bryan Marion, Justice

Delivered and Filed:  April 17, 2013

DISMISSED

Appellant's attorney has filed a letter with this court, stating that appellant's notice of appeal related to an appeal from a magistrate's court to a district court and requesting that the notice of appeal be returned to the district court.  We construe this letter as a motion to dismiss this appeal.  The motion is granted, and this appeal is dismissed.  *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH